FILED
CLERK, U.S. DISTRICT COURT

JUL 23 2021

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 20-148-GW |
|---|---|
| Plaintiff, | VERDICT FORM FOR DEFENDANT ALBERT PINEDO |
| v. | |
| ALBERT PINEDO, | |
| Defendant. | |

We, the jury in the above-captioned case, present the following unanimous verdict.

We, the jury in the above-captioned case, unanimously find defendant ALBERT PINEDO:

\_\_\_\_\_ NOT GUILTY

\_\_X\_\_ GUILTY

of Attempted Enticement of a Minor to Engage in Criminal Sexual Activity.

7-23-2021
DATED

**REDACTED**
FOREPERSON

2