UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



Case No. 20-148-GW    Date: 7-23-2021

Title: U.S.A v. Alberto Pinedo    Time: 12:45 Pm

JURY NOTE NUMBER _____

__X__   THE JURY HAS REACHED A UNANIMOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

_____
_____
_____
_____
_____
_____
_____
_____

DATE:                SIGNED: **REDACTED**
                     FOREPERSON OF THE JURY